# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj8512 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Miguel Najera-Lopez | ) | Booking No. 06411298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **O/R** / Case Disposed / Order of Court).

Miguel Najera-Lopez

DATED: 8/19/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk